IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **VALERIE BUNKER,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:23-cv-02662-MJM |
| **THE KEY SCHOOL, INCORPORATED,** *et al.,* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(2) of the Federal Rules of Civil Procedure, Plaintiff, Valerie Bunker and Defendants, Key School, Inc. and Key School Building Finance Corporation, the only parties to have appeared in this action, by and through their undersigned counsel, hereby stipulate that all claims asserted in this case are dismissed with prejudice.

Respectfully submitted,

/s/ *Melissa Fry Hague*
Melissa Fry Hague (*by special admission*)
mhague@joelbieber.com
Jonathan A. Hogins (*by special admission*)
jhogins@joelbieber.com
Teresa K. Jauregui (*by special admission*)
tjauregui@joelbieber.com
1 Olympic Place, Suite 900
Towson, Maryland 21204
P: (410) 648-9060 | F: (804) 358-2262


/s/ Elisha Hawk *(with permission)*
Robert K. Jenner (Federal Bar #04165)
rjenner@jennerlawfirm.com
Elisha N. Hawk (Federal Bar #29169)
ehawk@jennerlawfirm.com
Jenner Law, P.C.

3600 Clipper Mill Road, Suite 240
Baltimore, Maryland 21211
P: 410-413-2155 | F: 410-982-0122
***Attorneys for Plaintiff***

/s/ Sean Gugerty *(with permission)*
Jeffrey J. Hines (Federal Bar #03803)
jjh@gdldlaw.com
Sean Gugerty (Federal Bar #21125)
sgugerty@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
410-783-4000 (Phone) | 410-783-4040 (Fax)
***Attorneys for Defendants the Key School, Inc. and the Key School Building and Finance Corporation***

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2025, the foregoing Stipulation of Dismissal was served via CM/ECF to all counsel of record.

                                       By:  */s/ Melissa Fry Hague*
                                               Melissa Fry Hague